UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD SCOTT,                              No. C 09-2789 SI (pr)

      Petitioner,                            **JUDGMENT**

   v.

MATTHEW CATES, Secretary of Corrections,

      Respondent.
                                 /

       This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the habeas statute of limitations period.

       IT IS SO ORDERED AND ADJUDGED.

DATED: May 3, 2010

                                                      SUSAN ILLSTON
                                                 United States District Judge